UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, By and Through Its Board of Trustees, and<br><br>CARPENTERS PENSION FUND OF ILLINOIS, By and Through Its Board of Trustees,<br><br>     Plaintiffs,<br><br>v.<br><br>ZOIE LLC,<br><br>     Defendant. | Cause No.  20-461 |

## ENTRY OF APPEARANCE

COMES NOW James R. Kimmey and enters his appearance on behalf of Plaintiffs in the above-styled cause.

Respectfully Submitted.

CAVANAGH & O'HARA LLP

 /s/  James R. Kimmey
JAMES R. KIMMEY, No. 6314932
101 West Vandalia Street, Suite 245
Edwardsville, IL 62025
(618) 692-5250
(618) 692-5254
jaykimmey@cavanagh-ohara.com

Attorneys For Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Entry of Appearance* was placed in the United States Mail, First Class postage prepaid on May 18, 2020, for service upon the following non-participants in the Court's CM/ECF system at their last known address:

ZOIE, LLC
c/o Mark. C. Goldenberg, Registered Agent
Goldenberg Heller & Antognoli, P.C.
2227 S. State Route 157
Edwardsville, IL  62025

    /s/  James R. Kimmey
JAMES R. KIMMEY, No. 51148
101 West Vandalia Street, Suite 245
Edwardsville, IL 62025
(618) 692-5250
(618) 692-5254
jaykimmey@cavanagh-ohara.com