IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND and CARPENTERS PENSION FUND OF ILLINOIS,<br>Plaintiffs,<br><br>v.<br><br>ZOIE LLC,<br>Defendant. | Case No. 20–CV–00461–GCS–JPG |

## **DEFAULT JUDGMENT**

This civil case arises under the Employee Retirement Income Security Act. Before the Court is Plaintiffs' Motion for Default Judgment against Defendant Zoie LLC. (Mot. for Default. J., ECF No. 13). For the reasons below, the Court **GRANTS** Plaintiffs' Motion and **ENTERS** Default Judgment.

There are two stages to default. First, the Clerk of Court must enter a party's default "[w]hen a party against whom a judgment for affirmative relief has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise . . . ." Fed. R. Civ. P. 55. Then, the Court may enter a default judgment for the amount due. *Id.*

Here, the Clerk of Court entered Defendant Zoie LLC's default in July 2020. (Clerk's Entry of Default, ECF No. 11). Plaintiffs also showed that Defendant Zoie LLC failed to make monthly contributions as required by the labor agreement. It is therefore appropriate for the Court to enter a default judgment.

2

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that

(1) Plaintiff Central Illinois Carpenters Health & Welfare Trust Fund has a judgment against Defendant Zoie LLC in the **total amount of $70,799.87**. That sum comprises $47,470.85 in audit liability, $10,887.11 in interest, $9,494.31 in liquidated damages, $1,480.10 in audit costs, and $1,467.50 in attorneys' fees and costs; and

(2) Plaintiff Carpenters Pension Fund of Illinois has a judgment against Defendant Zoie LLC in the **total amount of $52,067.30**. That sum comprises $32,497.38 in audit liability, $8,278.66 in interest, $8,278.66 in liquidated damages, $1,480.10 in audit costs, and $1,532.50 in attorneys' fees and costs.

**IT IS SO ORDERED.**

**Dated: Tuesday, July 21, 2020**

                                                             **S/J. Phil Gilbert**
                                                             **J. PHIL GILBERT**
                                                             **UNITED STATES DISTRICT JUDGE**